**OFFICE DEPOT INC.,**
**Plaintiff–Appellee,**

v.

**John ZUCCARINI, dba County Walk,**
**Defendant–Appellant,**

**DS Holdings LLC, Receiver–Appellee.**

**No. 10–16383.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Dec. 21, 2010.

Michael Woodrow De Vries, Esquire, Latham & Watkins LLP, Costa Mesa, CA, for Plaintiff–Appellee.

John Zuccarini, Stuart, FL, pro se.

Henry M. Burgoyne, III, Esquire, Karl S. Kronenberger, Esquire, Jeffrey M. Rosenfeld, Esquire, Kronenberger Burgoyne, LLP, San Francisco, CA, for Receiver–Appellee.

Before: GOODWIN, WALLACE and THOMAS, Circuit Judges.

### MEMORANDUM **

John Zuccarini, dba County Walk, appeals pro se the district court's denial of his motions: 1) to enjoin appellee DS Holdings, LLC and its receiver from selling certain domain names to satisfy a judgment against Zuccarini in favor of appellee Office Depot, Inc.; 2) to order the return to Zuccarini of certain domain names; and 3) for relief under Federal Rule of Civil Procedure 60(b), challenging the district court's underlying order appointing a receiver to auction the domain names. In a prior appeal, this court affirmed the district court's order appointing a receiver to auction the domain names. *Office Depot, Inc. v. Zuccarini,* 596 F.3d 696, 703 (9th Cir.2010).

The district court did not abuse its discretion in denying the motion to enjoin the sale of certain domain names.

We affirm the district court's denial of Zuccarini's Rule 60(b) motion and motion to order the return of certain domain names, for the reasons stated in the district court's order dated September 7, 2010.

Appellees' requests to designate Zuccarini as a vexatious litigant and for sanctions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.